UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 20-11654

TIMOTHY FRASER,

    Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, MBTA OFFICER JAMES DAVIE, MBTA OFFICER BRIAN HARER, MBTA OFFICER BELL, and MBTA OFFICER TAYLOR,

    Defendants

## NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTICT COURT

Pursuant to 28 U.S.C. §1441(c) and 1446, the Defendants petition for removal of this action to the United States District Court for the District of Massachusetts.

As grounds therefore, the Defendants state as follows:

1. On or about July 17, 2020, the Plaintiff filed suit in the Suffolk Superior Court, Civil Action No.: 2084CV01554.

2. On or about August 10, 2020 the Plaintiff's Complaint was attempted to be served upon the individual Defendants Davie, Harer, Bell and Taylor. On or about August 13, 2020, the Plaintiff's Complaint was served upon the Defendant, Massachusetts Bay Transportation Authority.

3. The Plaintiff's Complaint and summonses are attached hereto as Exhibit 1.

4. The Plaintiff's Complaint appears to allege federal civil rights and constitutional violations stemming from his arrest by the Defendants on August 1, 2017. Exhibit 1, Complaint, Count I - Violation of Civil Rights: False Arrest, Count II - Violation of Civil Rights: False Imprisonment, Count V - Violation of Civil Rights: False Imprisonment, Count VII – Due Process Violations. Based on these alleged violations, the Plaintiff seeks punitive damages. Complaint, p. 40.

5. The Plaintiff's Complaint appears to assert violations of the Fourth and Fourteenth Amendments of the Constitution of the United States of America under 42 U.S.C. § 1983 for false arrest (¶¶ 16-34), false imprisonment, abuse of process, and due process violations. See Complaint, Counts I, II, V and VII.

6. Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(c).

7. This Notice of Removal is being filed within the time period required by law pursuant to 28 U.S.C. §1446(b).

8. All Defendants assent to the removal of this action to the United States District Court, District of Massachusetts.

[signature on following page]

        Respectfully submitted,
        The Defendants,
        Massachusetts Bay Transportation Authority, MBTA
        Officer James Davie, MBTA Officer Brian Harer, MBTA
        Officer Bell, and MBTA Officer Taylor,
        By their attorneys,


        */s/ Thomas R. Donohue*
        Thomas R. Donohue, BBO# 643483
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        699 Boylston Street, 12th Floor
        Boston, MA 02116
        (617) 880-7100
        tdonohue@bhpklaw.com

DATED: September 4, 2020

## CERTIFICATE OF SERVICE

     I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

        */s/ Thomas R. Donohue*
        Thomas R. Donohue, BBO# 643483

DATED: September 4, 2020